Todd Blanche
Deputy Attorney General of the United States
Thomas J. Hanlon
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:26-CR-2007-MKD |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| DAVID JESSE GONZALES, II., | Felon in Possession of Ammunition |
| Defendant. | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

On or about September 11, 2025, in the Eastern District of Washington, the Defendant, DAVID JESSE GONZALES, II., knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit:

- Five (5) rounds of Winchester brand 9mm Luger ammunition,

- 1,272 rounds of Remington brand .22 caliber ammunition, and

- 15 rounds of Hornady brand 9mm Luger ammunition,

INDICTMENT – 1

which ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, DAVID JESSE GONZALES, II., shall forfeit to the United States of America any ammunition involved or used in the commission of the offense, including, but not limited to:

- Five (5) rounds of Winchester brand 9mm Luger ammunition,
- 1,272 rounds of Remington brand .22 caliber ammunition, and
- 15 rounds of Hornady brand 9mm Luger ammunition

DATED this 11th day of February 2026.

A TRUE BILL

_____

Foreperson

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 2